

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| **LETITIA JAMES**<br>ATTORNEY GENERAL | **DIVISION OF REGIONAL OFFICES**<br>ROCHESTER REGIONAL OFFICE |

April 11, 2024

**Sanjay Tripathy**
**2013 Jadewood Drive**
**Morrisville, NC 27560**

      Re:    Sanjay Tripathy v. Schneider, et al., 21-CV-6339

Dear Mr. Tripathy:

    I received your letter dated April 9, 2024, regarding Defendants responses to your request for admission.

    First, please refer to Docket No. 98, p.1. I clearly indicated that Department of Corrections and Community Supervision ("DOCCS") is not a party to this lawsuit and therefore, Defendants object to your continuous attempts to indicate DOCCS as a defendant in this matter. The purpose of the request for admissions is to provide a mechanism by which potentially disputed issues may be expeditiously resolved before trial. The served Defendants adequately provided answers to your request for admission.

    Next, the "rule 36 does not require a party to explain why a request was denied." *Adobe Sys. Inc. v. Christenson*, No. 2:10-CV-00422-LRH, 2011 WL 540278, at *6 (D. Nev. Feb. 7, 2011). Rule 36 permits "a party [to] deny a request for admission without giving any further explanation," *Dentsply Int'l Inc. v. Dental Brands for Less LLC*, 2017 WL 11567699, *1 (S.D.N.Y. 2017).

    I hope this helps to clear issues, if any.

                            Very truly yours,

                            *s/Muditha Halliyadde*
                            MUDITHA HALLIYADDE
                            Assistant Attorney General

MH:kj
Enclosure

cc:    Clerk (via CM/ECF)