

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
ROCHESTER REGIONAL OFFICE

April 19, 2024

**Sanjay Tripathy**
**2013 Jadewood Drive**
**Morrisville, NC 27560**

   Re: Sanjay Tripathy v. Schneider, et al., 21-CV-6339

Dear Mr. Tripathy:

  The served Defendants' responses to Plaintiff's document request is due on April 23, 2024. I am writing this letter to request 14 days extension to respond to the demands. Please let me know if you have any objections to this request.

  Thank you very much.

            Very truly yours,

            *s/Muditha Halliyadde*
            MUDITHA HALLIYADDE
            Assistant Attorney General

MH:kj

cc: Clerk (via CM/ECF)